Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000799
06-APR-2017
09:01 AM

NO. CAAP-16-0000799

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HARBOR SQUARE GARAGE ASSOCIATION,
Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF HARBOR SQUARE,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-0602-04)

ORDER APPROVING THE MARCH 22, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" filed by Plaintiff-Appellant Harbor Square Garage Association (**Appellant**), on March 22, 2017, and the record, it appears that (1) Appellant and Defendant-Appellee Association of Apartment Owners of Harbor Square stipulate to dismiss the appeal; (2) Rule 42 of the Hawai'i Rules of Appellate Procedure provides, in relevant part, "[i]f the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay

whatever fees are due, the case shall be dismissed upon approval by the appellate court"; (3) the stipulation is signed by the parties' attorneys and provides that "[e]ach party shall bear their respective attorneys' fees and costs"; and (4) the appellate filing fees have been paid.

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal in Case No. CAAP-16-0000799 is dismissed.

DATED: Honolulu, Hawai'i, April 6, 2017.

Presiding Judge

Associate Judge

Associate Judge